Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the. Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Petition of ANNA BARBARA BENNETT to Prove the Last Will and Testament of FRANK BENNETT, Deceased.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Petition of ANNA BARBARA BENNETT to Prove the Last Will and Testament of FRANK BENNETT, Deceased.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of ANNA BARBARA BENNETT to Prove the Last Will and Testament of FRANK BENNETT, Deceased.— Motion for reargument denied, with ten dollars costs. Upon the question of practice, we follow the decision of the First Department in *Matter of Eno* (196 App. Div. 131). Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of CHARLES W. CHURCH, JR., an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to take proof and report to this court, with his opinion and recommendation. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of JOSEPH DiTOMMASO to Prove the Last Will and Testament of RAPHAEL DiLUGLIO, Deceased. FRANK DiLUGLIO and Others, Appellants; JOSEPH DiTOMMASO, Respondent.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of Summary Proceedings. FRANK E. LONAS, Respondent, v. BARNE SILVER, Appellant.— Motion for stay denied, without costs. Present Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

LOUIS KLEIN, Appellant, v. JOE WINTER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

IRVING LASH, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and Others, Respondents.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

SAMUEL MINASI, Appellant, v. JULIAN A. MENDRYA, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA COHN, Appellant.— Motion to dismiss appeal granted. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

MORRIS SCHOENBERG, Respondent, v. WILLIAM C. JECKEL and Others, Appellants.— Motion to extend time to answer or otherwise plead until determination of the appeal from the order, granted, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion to resettle order granted, without costs, so that the order contain a provision that the case retain its place on the trial calendar for trial at a date to be fixed by the justice presiding at the term, in his discretion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.